**ROBINS KAPLAN LLP**

Christina M. Lincoln (SBN 274352)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: clincoln@robinskaplan.com

-and-

Melissa M. D'Alelio (admitted *pro hac vice)*
Taylore E. Karpa Schollard (*pro hac vice*)
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
Telephone:      (617) 267-2300
Facsimile:      (617) 267-8288
Email: mdalelio@robinskaplan.com
        tkarpa@robinskaplan.com

**PARKER, HUDSON, RAINER & DOBBS LLP**

Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
303 Peachtree St. NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com; mweiss@phrd.com;
mroberts@phrd.com

-and-

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
2 N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com; jbucheit@phrd.com

*Attorneys for Appalachian Insurance Company*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re*:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>       Debtor and Debtor-in-Possession. | Bankruptcy Case No. 23-30564<br><br>Chapter 11 |
| APPALACHIAN INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>      v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole; and DOES 1 through 50,<br><br>                Defendants | Adv. Pro. No. 26-03029<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW THE REFERENCE BY APPALACHIAN INSURANCE COMPANY**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Judge: TBD<br>Date:  TBD<br>Time:  TBD<br>Place:  TBD |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff Appalachian Insurance Company ("Appalachian"), respectfully moves the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 157(d), FED. R. BANKR. P. 5011, and B.L.R. 5011-2 for entry of an order withdrawing the reference to the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") of the above-captioned adversary proceeding (the "Coverage Action") "for cause." "Cause" exists for withdrawal of the reference under 28 U.S.C. § 157(d) because, among other things, all claims in the Coverage Action are non-core, Appalachian has demanded a jury trial, and Appalachian has not consented to final adjudication by the Bankruptcy Court. Furthermore, as set forth in the accompanying memorandum, because motions to withdraw the reference filed by other insurers were granted, the same result should occur here as well.

PLEASE TAKE FURTHER NOTICE that the Motion is based on this Notice of Motion, the attached *Memorandum of Law in Support of Appalachian's Motion to Withdraw the Reference*, the *Declaration of Todd C. Jacobs in Support of Appalachian's Motion to Withdraw the Reference* filed concurrently herewith, and all other papers, pleadings, and records on file in this Coverage Action.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Local Rule 5011-2(d), unless the assigned District Judge orders otherwise, within fourteen days after receiving notice of the assignment to a District Judge under Bankruptcy Local Rule 5011-2(c), any party objecting to withdrawal of the reference shall file in the District Court its opposition brief of not more than ten pages; fourteen days thereafter, any party supporting withdrawal of the reference may file a reply brief of not more than ten pages; and no hearing will be held unless the assigned District Judge orders otherwise.

*[Signatures follow]*

Motion To Withdraw The Reference — - 2 - — Adversary Proceeding No. 26-03029

Case: 26-03029    Doc# 2    Filed: 06/26/26    Entered: 06/26/26 14:32:28    Page 2 of 3

Dated:  June 26, 2026

**ROBINS KAPLAN LLP**

By:  *Christina M. Lincoln*
Christina M. Lincoln (SBN 274352)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile:  (310) 229-5800
Email: clincoln@robinskaplan.com

-and-

Melissa M. D'Alelio
Taylore E. Karpa Schollard
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
Telephone:    (617) 267-2300
Facsimile:    (617) 267-8288
Email: mdalelio@robinskaplan.com
         tkarpa@robinskaplan.com

-and-

**PARKER, HUDSON, RAINER & DOBBS LLP**

Harris B. Winsberg (*pro hac vice*)
Matthew M. Weiss (*pro hac vice*)
Matthew G. Roberts (*pro hac vice*)
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
         mweiss@phrd.com
         mroberts@phrd.com

-and-

Todd C. Jacobs (*pro hac vice*)
John E. Bucheit (*pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
         jbucheit@phrd.com

*Attorneys for Appalachian Insurance Company*

Case: 26-03029   Doc# 2   Filed: 06/26/26   Entered: 06/26/26 14:32:28   Page 3 of 3