**ROBINS KAPLAN LLP**

Christina M. Lincoln (SBN 274352)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: clincoln@robinskaplan.com

-and-

Melissa M. D'Alelio (admitted *pro hac vice)*
Taylore E. Karpa Schollard (*pro hac vice*)
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
Telephone:     (617) 267-2300
Facsimile:     (617) 267-8288
Email: mdalelio@robinskaplan.com
          tkarpa@robinskaplan.com

**PARKER, HUDSON, RAINER & DOBBS LLP**

Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
303 Peachtree St. NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
Email: hwinsberg@phrd.com
          mweiss@phrd.com
          mroberts@phrd.com

-and-

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
2 N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
          jbucheit@phrd.com

*Attorneys for Appalachian Insurance Company*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re*:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>        Debtor and Debtor-in-Possession. | Bankruptcy Case No. 23-30564<br><br>Chapter 11<br><br>Hon. Dennis Montali |
| APPALACHIAN INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole; and DOES 1 through 50,<br><br>        Defendants | **PROOF OF SERVICE**<br><br>Adv. Pro. No. 26-03029 |

Case: 26-03029   Doc# 12   Filed: 07/02/26   Entered: 07/02/26 12:51:47   Page 1 of 4

**PROOF OF SERVICE**

**STATE OF GEORGIA, COUNTY OF FULTON**

At the time of service, I was over 18 years of age and not a party to this actions. I am employed in the County of Fulton, State of Georgia. My business address is: Parker, Hudson, Rainer & Dobbs LLP, 303 Peachtree Street NE, Suite 3600, Atlanta, Georgia 30308.

On June 30, 2026, I served true copies of the following documents described as:

- Appalachian Insurance Company's Complaint For Declaratory Judgement And Equitable Reimbursement And Demand For Jury [ECF No. 1]

- Adversary Proceeding Cover Sheet [ECF No. 1-1];

- Notice Of Motion And Motion To Withdraw The Reference By Appalachian Insurance Company [ECF No. 2];

- Memorandum Of Law In Support Of Appalachian's Motion To Withdraw The Reference [ECF No. 3];

- Declaration Of Todd C. Jacobs In Support Of Appalachian's Motion To Withdraw The Reference [ECF No. 4];

- Summons And Notice Of Scheduling Conference In An Adversary Proceeding [ECF No. 5];

- Order Re Initial Disclosures and Discovery Conference [ECF No. 6]; and

- Bankruptcy Dispute Resolution Program Information Sheet [ECF No. 6-2]

on the interested parties in this action as follows:

The Roman Catholic Archbishop of San Francisco
c/o FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP
Paul J. Pascuzzi
500 Capital Mall, Suite 2250
Sacramento, California 95814

The Roman Catholic Archbishop of San Francisco
c/o SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Ori Katz
Four Embarcadero Center, 17th Floor
San Francisco, California 94111

The Roman Catholic Archbishop of San Francisco
c/o ARCHBISHOP SALVATORE J. CORDILEONE
One Peter Yorke Way

Case: 26-03029    Doc# 12    Filed: 07/02/26    Entered: 07/02/26 12:51:47    Page 2 of 4

San Francisco, California 94109

On July 2, 2026, I served true copies of the above-listed documents on the interested parties in this action as follows:

The Roman Catholic Archbishop of San Francisco
c/o BLANK ROME LLP
Barron L. Weinstein
2029 Century Park East
Los Angeles, CA 90067

The Roman Catholic Archbishop of San Francisco
c/o BLANK ROME LLP
Jeffrey L. Schulman
1271 Avenue of the Americas
New York, NY 10020

**BY MAIL**: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Parker, Hudson, Rainer & Dobbs LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail in Atlanta, Georgia .

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed: July 2, 2026, in Atlanta, Georgia.

_____
Erica Lyttle

Case: 26-03029    Doc# 12    Filed: 07/02/26    Entered: 07/02/26 12:51:47    Page 3 of 4

**CERTIFICATE OF SERVICE**

I, Erica Lyttle _____(name), certify that service of this summons and

copy of the complaint was made June 30, 2026 _____(date) by:

☒ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Paul J. Pascuzzi     Ori Katz
500 Capital Mall, Suite 2250     Four Embarcadero Center, 17th Floor
Sacramento, California 95814     San Francisco, California 94111

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication:The defendant was served as follows:[Describe briefly]

☒ State Law:The defendant was served pursuant to the laws of State of California _____, as follows:[Describe briefly]

California Rule of Court 1.21

Service on counsel for The Roman Catholic Archbishop of San Francisco

If service was made by personal service,by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 2, 2026 _____     Signature _Erica Lyttle_____
Print Name: Erica Lyttle _____

303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308